Shawn GREEN, Plaintiff–Appellant,

v.

State of NEW YORK, Manchester, R. Rohl, R.S. Vingoe, D'Ambrosio, R. Walton, J. Bode, Donald Selsky, Commissioner of Inmate Discipline, L. Portuondo, P. Levine, Defendants–Appellees.

No. 04–0138–PR.

United States Court of Appeals, Second Circuit.

Dec. 6, 2004.

Shawn Green, Auburn, N.Y. (on submission), for Plaintiff–Appellant, pro se.

Julie M. Sheridan, Assistant Attorney General, for Elliot Spitzer, Attorney General of the State of New York (on submission), for Defendant–Appellee.

Present: CALABRESI, B.D. PARKER, JR. and RAGGI, Circuit Judges.

### SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is **AFFIRMED.**

Plaintiff–Appellant Shawn Green ("Appellant"), currently incarcerated and proceeding *pro se,* sued Defendants–Appellees ("Appellees") pursuant to 42 U.S.C. § 1983, alleging that his federal and state constitutional rights had been violated in connection with prison disciplinary proceedings against him. The district court granted Appellees' motion for summary judgment as to all claims, finding that no triable issues of fact had been raised as to claims against the individual defendants, and that the Eleventh Amendment barred suit against the State defendant. We find no error in the dismissal of plaintiffs' claims for substantially the reasons stated by the court below. We therefore AFFIRM the judgment of the district court.